UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRUSTEES OF EMPIRE STATE CARPENTERS
ANNUITY, APPRENTICESHIP, LABOR-
MANAGEMENT COOPERATION, PENSION AND
WELFARE FUNDS,

                     Petitioners,

    -against-

DOMMER CONSTRUCTION CORP.,

                     Respondent.
-------------------------------------------------------------------X

For Online Publication Only

**ORDER**
15-CV-3330 (JMA)(SIL)

FILED
CLERK
10/8/2015 11:46 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK**, **United States District Judge:**

    Before the Court is petitioners' unopposed petition to confirm an arbitration award against respondent. Respondent has not appeared in this action.

    On June 10, 2015, petitioners served a copy of the petition and its supporting memorandum of law on respondent via the New York Department of State's Division of Corporations, Records and Uniform Commercial Code. (Aff. of Serv., ECF No. 6.) Petitioners' submissions do not include the audit documenting respondent's failure to pay certain contributions owed to petitioners. This audit appears to have formed the basis for the arbitrator's award. (Arbitrator's Award, Pet., Ex. F, ECF No. 1.)

    Petitioners are directed to file the audit, as well as any other payment information that they provided to the arbitrator, with the Court by October 13, 2015. This information is necessary to determine whether there is a basis for the arbitrator's award and to clarify the ambiguity in the arbitrator's decision concerning whether the arbitrator's award reflects payments made by respondent. Compare Arbitrator's Award ¶¶ 6, 12 (awarding $69,403.22 in unpaid contributions) with id. ¶ 11 (acknowledging that respondent had "made partial payment of the principal").

The Clerk of Court is directed to mail a copy of this Order to respondent at the following addresses:

1. Dommer Construction
   c/o Duke, Holzman, Photiadis & Gresens LLP
   Patricia Gillen
   701 Seneca Street, Suite 750
   Buffalo, NY 14210

2. Dommer Construction
   21 Palmer Place
   Lancaster, NY, 14086-2121

**SO ORDERED.**

Dated: October 8, 2015
   Central Islip, New York                     /s/  (JMA)
                                       JOAN M. AZRACK
                                       UNITED STATES DISTRICT JUDGE